WHIT SELERT, ESQ. (Nevada Bar No. 5492)
E: WSelert@ohaganmeyer.com
JOHN ORR, ESQ. (Nevada Bar No. 14251)
E: JOrr@ohaganmeyer.com
**O'HAGAN MEYER PLLC**
300 S. 4th Street, Suite 1250
Las Vegas, NV 89101
T: 725-286-2801
E: WSelert@ohaganmeyer.com

*Attorneys for Paradise II*
*Limited Liability Company*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| M.B., individually; J.D., individually, D.S., individually,<br><br>Plaintiffs<br><br>v.<br><br>RED ROOF INNS, INC., RED ROOF FRANCHISING, LLC., PARADISE II LIMITED LIABILITY COMPANY; DOES 1 through 10: ROE CORPORATIONS 13 through 20; and ABC LIMITED LIABILITY COMPANIES 21 through 30,<br><br>Defendants | CASE NO. 2:25-cv-00797-CDS-BNW<br><br>**STIPULATION AND ORDER TO SET ASIDE DEFAULT**<br><br>[ECF Nos. 26, 37, 45] |

### STIPUALATION TO SET ASIDE DEFAULT

Plaintiffs M.B. and J.D. and Defendant Paradise II Limited Liability Company ("Paradise II"), by and through their respective counsel of record, hereby state and agree as follows:

**WHEREAS**, on May 7, 2025, October 24, 2024, Plaintiffs filed a Complaint against Paradise II in the District of Nevada (ECF No. 1);

**WHEREAS**, on June 4, 2025, Plaintiffs filed a First Amended Complaint (ECF No. 9)

**WHEREAS**, on July 28, 2025, default was entered against Paradise II (ECF No. 26).

**WHEREAS,** on August 19, 2025, Plaintiffs filed a Motion for Default Judgment against Paradise II (ECF No. 37).

**WHEREAS**, counsel for Paradise II sent correspondence to Plaintiffs' counsel on August 25, 2025, stating that Paradise II had retained counsel and intended to defend the lawsuit.

**WHEREAS**, counsel for Paradise II and counsel for Plaintiffs' met and conferred on August 29, 2025, to discuss a potential stipulation to set aside the entry of Default against Paradise II.

**WHEREAS**, Paradise II did not timely respond to the Complaint because it is currently a defunct entity and its former, now deceased, Operations Manager primarily handled Paradise II's business matters related to insurance. As a result, Principal II's Manager encountered delays in locating the relevant insurance policies to report the lawsuit and be assigned counsel. The Parties agree this constitutes good cause to set aside the default.

**IT IS HEREBY STIPULATED** by and between the Parties that they agree and respectfully request this Court to issue an order setting aside the default entered against Paradise II.

**IT IS FURTHER STIPULATED** that Plaintiffs' pending Motion for Default Judgment (ECF No. 37) will be mooted and denied with prejudice.

/ / /

/ / /

/ / /

/ / /

**IT IS FURTHER STIPULATED** that Paradise II will file a responsive pleading no later than September 9, 2025. Paradise II expressly reserves its right to assert all available defenses under FRCP 12(b).

**IT IS SO STIPULATED.**

DATED this 2nd day of September 2025

DATED this 2nd day of September 2025

**CHRISTIAN MORRIS TRIAL ATTORNEYS**

/s/ Sarah DiSalvo
Christian Morris, Esq.
Nevada Bar No. 11218
Sarah DiSalvo
Nevada Bar No. 16398
2250 Corporate Circle, Suite 390
Henderson, NV 89074
*Attorneys for Plaintiffs*

**O'HAGAN MEYER, PLLC**

/s/ John Orr
Whit Selert, Esq.
Nevada Bar No. 5492
John Orr, Esq.
Nevada Bar No. 14251
300 S. 4th Street, Suite 1250
Las Vegas, NV 89101
*Attorneys for Defendant*

Order

Based on the parties' stipulation **[ECF No. 45]**, the Clerk of Court is kindly instructed to **set aside the default [ECF No. 26] as to defendant Paradise II Limited Liability Company**. Paradise II must file an answer or otherwise respond to the complaint by **September 9, 2025**.

It is further ordered that plaintiffs' motion for default judgment **[ECF No. 37] is DENIED as moot**.

_____
UNITED STATES DISTRICT JUDGE

Dated: September 5, 2025