CHRISTIAN M. MORRIS, ESQ.
Nevada Bar No. 11218
SARAH E. DISALVO, ESQ.
Nevada Bar No. 16398
LINDSAY N. ROGINSKI, ESQ.
Nevada Bar No. 16616
**CHRISTIAN MORRIS TRIAL ATTORNEYS**
2250 Corporate Circle, Suite 390
Henderson, Nevada 89074
T: (702) 434-8282
F: (702) 434-1488
Christian@cmtalaw.com
Sarah@cmtalaw.com
Lindsay@cmtalaw.com
*Attorneys for Plaintiffs*
And
JEREMY W. HOSHOR-JOHNSON, ESQ. (#75502)
PENNY L. BARRICK, ESQ. (#74110)
**BABIN LAW, LLC**
10 West Broad Street, Suite 900
Columbus, Ohio 43215
T: (614) 761-8800
jeremy.hoshorjohnson@babinlaws.com
penny.barrick@babinlaws.com
*Attorneys for Plaintiffs*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| M.B., individually; J.D., individually, D.S., individually,<br><br>Plaintiffs,<br><br>vs.<br><br>RED ROOF INNS, INC., RED ROOF FRANCHISING, LLC., PARADISE II LIMITED LIABILITY COMPANY; DOES 1 through 10; ROE CORPORATIONS 13 through 20; and ABC LIMITED LIABILITY COMPANIES 21 through 30,<br><br>Defendants. | CASE NO: 2:25-cv-00797-CDS-BNW<br><br><br><br><br><br>**STIPULATION AND ORDER TO EXTEND PLAINTIFF'S DEADLINE TO RESPOND TO DEFENDANTS WRITTEN DISCOVERY REQUESTS** |

1

1
2   Plaintiffs, M.B., J.D. and D.S. ("Plaintiffs"), and Defendants, RED ROOF INNS, INC.,
3 RED ROOF FRANCHISING, LLC., and PARADISE II LIMITED LIABILITY COMPANY
4 ("Defendants"), by and through their respective counsel of record, hereby stipulate and agree to
5 extend the deadline for Plaintiff to respond to Defendants, RED ROOF INNS, LLC, and RED
6 ROOF FRANCHISING, LLC and PARADISE II LIMITED LIABILITY COMPANY in the
7 above-captioned matter.
8   The current deadline for Plaintiff to respond is October 12, 2025, and the parties agree to
9 extend this deadline to November 13, 2025.
10 ///
11 ///
12 ///
13 ///
14 ///
15 ///
16 ///
17 ///
18 ///
19 ///
20 ///
21 ///
22 ///
23 ///
24 ///
25 ///
26 ///
27 ///
28 ///

2

1  This is the parties' first request to extend Plaintiff's deadline to respond to Defendants'
2  Written Discovery Requests. This stipulation is made in good faith and not for the purpose of
3  delay.

4  DATED this 20th day of October 2025.   DATED this 20th day of October 2025.

5  CHRISTIAN MORRIS TRIAL ATTORNEYS   TUCKER ELLIS LLP

6  /s/ Sarah DiSalvo   /s/ Amanda Villalobos

7  CHRISTIAN M. MORRIS, ESQ.   Amanda Villalobos (*pro hac vice*)
   Nevada Bar No. 11218   amanda.villalobos@tuckerellis.com
8  SARAH E. DISALVO, ESQ.   Nicholas Janizeh (*pro hac vice*)
   Nevada Bar No. 16398   515 South Flower Street
9  LINDSAY N. ROGINSKI, ESQ.   Forty Second Floor
10 Nevada Bar No. 16616   Los Angeles, CA 90071
   2250 Corporate Circle, Suite 390   *Attorneys for Defendants*
11 Henderson, Nevada 89074   *RED ROOF FRANCHISING, INC. and*
   *Attorneys for Plaintiffs*   *RED ROOF INNS, INC.*
12 And
13 JEREMY W. HOSHOR-JOHNSON, ESQ.   REBECCA L. MASTRANGELO, ESQ.
   (#75502)   Nevada Bar No. 5417
14 PENNY L. BARRICK, ESQ. (#74110)   ROGERS, MASTRANGELO,
15 BABIN LAW, LLC   CARVALHO & MITCHELL
   10 West Broad Street, Suite 900   700 South Third Street
16 Columbus, Ohio 43215   Las Vegas, Nevada 89101
17 *Attorneys for Plaintiffs*   *Local Counsel for Defendants*
   *RED ROOF FRANCHISING, INC. and*
18 *RED ROOF INNS, INC.*

19

20                           **ORDER**

21     IT IS SO ORDERED.

22

23        DATED:  October 21, 2025

24

25     _____
       UNITED STATES MAGISTRATE JUDGE

26

27

28

3