CHRISTIAN MORRIS TRIAL ATTORNEYS
2250 Corporate Circle, Suite 390
Henderson, Nevada 89074
P: 702-434.8282 | F: 702-434.1488

CHRISTIAN M. MORRIS, ESQ.
Nevada Bar No. 11218
SARAH E. DISALVO, ESQ.
Nevada Bar No. 16398
LINDSAY N. ROGINSKI, ESQ.
Nevada Bar No. 16616
**CHRISTIAN MORRIS TRIAL ATTORNEYS**
2250 Corporate Circle, Suite 390
Henderson, Nevada 89074
T: (702) 434-8282
F: (702) 434-1488
Christian@cmtalaw.com
Sarah@cmtalaw.com
Lindsay@cmtalaw.com
*Attorneys for Plaintiffs*
And
JEREMY W. HOSHOR-JOHNSON, ESQ. (#75502)
PENNY L. BARRICK, ESQ. (#74110)
**BABIN LAW, LLC**
10 West Broad Street, Suite 900
Columbus, Ohio 43215
T: (614) 761-8800
jeremy.hoshorjohnson@babinlaws.com
penny.barrick@babinlaws.com
*Attorneys for Plaintiffs*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

M.B., individually; J.D., individually, D.S., individually,

Plaintiffs,

vs.

RED ROOF INNS, INC., RED ROOF FRANCHISING, LLC., PARADISE II LIMITED LIABILITY COMPANY; DOES 1 through 10; ROE CORPORATIONS 13 through 20; and ABC LIMITED LIABILITY COMPANIES 21 through 30,

Defendants.

CASE NO.: 2:25-cv-00797-CDS-BNW

**STIPULATION AND PROPOSED ORDER TO EXTEND PLAINTIFFS' DEADLINE TO RESPOND TO DEFENDANTS WRITTEN DISCOVERY REQUESTS**

CHRISTIAN MORRIS TRIAL ATTORNEYS
2250 Corporate Circle, Suite 390
Henderson, Nevada 89074
P: 702-434.8282 | F: 702-434.1488

Plaintiffs, M.B., J.D. and D.S. ("Plaintiffs"), and Defendants, RED ROOF INNS, INC., RED ROOF FRANCHISING, LLC., ("Defendants"), by and through their respective counsel of record, hereby stipulate and agree to extend the deadline for Plaintiff to respond to Defendants, RED ROOF INNS, LLC, and RED ROOF FRANCHISING, LLC's written discovery in the above-captioned matter.

The current deadline for Plaintiff to respond is November 13, 2025, and the parties agree to extend this deadline to November 26, 2025.

This is the parties' second request to extend Plaintiff's deadline to respond to Defendants' Written Discovery Requests. This stipulation is made in good faith and not for the purpose of delay.

DATED this 13th day of November 2025.

CHRISTIAN MORRIS TRIAL ATTORNEYS

*/s/ Sarah E. DiSalvo*

______________________________

CHRISTIAN M. MORRIS, ESQ.
Nevada Bar No. 11218
SARAH E. DISALVO., ESQ.
Nevada Bar 16398
2250 Corporate Circle, Suite 390
Henderson, Nevada 89074
*Attorneys for Plaintiffs*

*-AND-*

JEREMY W. HOSHOR-JOHNSON, ESQ.
Ohio State Bar No. 75503 (*Pro Hac Vice)*
PENNY L. BARRICK, ESQ.
Ohio State Bar No. 74110 *(Pro Hac Vice)*
BABIN LAW, LLC
10 W. Broad St., Suite 900
Columbus, Ohio 43215
*Attorneys for Plaintiffs*

DATED this 13th day of November 2025.

TUCKER ELLIS, LLP

*/s/ Amanda Villalobos*

______________________________

AMANDA VILLALOBOS, ESQ.
California Bar No. 262176 *(Pro Hac Vice)*
NICHOLAS JANIZEH, ESQ.
California Bar No. 307816 (*Pro Hac Vice)*
515 S. Flower St, 42nd Floor
Los Angeles, California 90071
*Attorneys for Defendants Red Roof Franchising, Inc. & Red Roof Inns, Inc.*

*-AND-*

REBECCA MASTRANGELO, ESQ.
Nevada State Bar No. 5417
ROGERS, MASTRANGELO
CARVALHO & MITCHELL
700 S. Third St.
Las Vegas, Nevada 89101
*Local Counsel for Defendants Red Roof Franchising Inc. & Red Roof Inns, Inc.*

CHRISTIAN MORRIS TRIAL ATTORNEYS
2250 Corporate Circle, Suite 390
Henderson, Nevada 89074
P: 702-434.8282 | F: 702-434.1488

**ORDER**

IT IS SO ORDERED.

DATED: November 14, 2025

______________________________
UNITED STATES MAGISTRATE JUDGE

# EXHIBIT 1



## RE: M.B., et al v. Red Roof Inns, et al- SAO Extend Time Plaintiff to Respond to Written Discovery

**From** Villalobos, Amanda <Amanda.Villalobos@tuckerellis.com>
**Date** Thu 2025-11-13 12:46
**To** Nicole DuBois <NicoleD@cmtalaw.com>
**Cc** Sarah DiSalvo <Sarah@cmtalaw.com>; Mikula, Chelsea <Chelsea.Mikula@tuckerellis.com>; Lindsay Roginski <Lindsay@cmtalaw.com>; jeremy.hoshorjohnson@babinlaws.com <jeremy.hoshorjohnson@babinlaws.com>; rmecham@rmcmlaw.com <rmecham@rmcmlaw.com>; sandra.wunderlick@tuckerellis.com <sandra.wunderlick@tuckerellis.com>; jorr@ohaganmeyer.com <jorr@ohaganmeyer.com>; Adriana Bebout <adriana.bebout@babinlaws.com>; penny.barrick@babinlaws.com <penny.barrick@babinlaws.com>; Ashley Luto <ashley@cmtalaw.com>

You have my permission to e-sign.

**Amanda Villalobos | Attorney | Tucker Ellis LLP**
515 South Flower Street Forty Second Floor| Los Angeles, CA 90071
Direct: 213-430-3395 | Cell: 626-482-9657
Email: amanda.villalobos@tuckerellis.com
Web: www.tuckerellis.com

This e-mail is sent by the law firm of Tucker Ellis LLP and may contain information that is privileged or confidential. If you are not the intended recipient, please delete the e-mail and notify us immediately by return email.

---

**From:** Nicole DuBois <NicoleD@cmtalaw.com>
**Sent:** Thursday, November 13, 2025 11:08 AM
**To:** Villalobos, Amanda <Amanda.Villalobos@tuckerellis.com>
**Cc:** Sarah DiSalvo <Sarah@cmtalaw.com>; Mikula, Chelsea <Chelsea.Mikula@tuckerellis.com>; Lindsay Roginski <Lindsay@cmtalaw.com>; jeremy.hoshorjohnson@babinlaws.com; rmecham@rmcmlaw.com; sandra.wunderlick@tuckerellis.com; jorr@ohaganmeyer.com; Adriana Bebout <adriana.bebout@babinlaws.com>; penny.barrick@babinlaws.com; Ashley Luto <ashley@cmtalaw.com>
**Subject:** M.B., et al v. Red Roof Inns, et al- SAO Extend Time Plaintiff to Respond to Written Discovery

**<<< EXTERNAL EMAIL >>>**

---

Good morning,

Please see the attached SAO for review. If no changes are needed, please confirm we may e-sign on your behalf.

*Best regards,*
*Nicole DuBois*