1  CHRISTIAN M. MORRIS, ESQ.
   Nevada Bar No. 11218
2  SARAH E. DISALVO, ESQ.
   Nevada Bar No. 16398
3  LINDSAY N. ROGINSKI, ESQ.
4  Nevada Bar No. 16616
   **CHRISTIAN MORRIS TRIAL ATTORNEYS**
5  2250 Corporate Circle, Suite 390
   Henderson, Nevada 89074
6  T: (702) 434-8282
7  F: (702) 434-1488
   Christian@cmtalaw.com
8  Sarah@cmtalaw.com
   Lindsay@cmtalaw.com
9  *Attorneys for Plaintiffs*
10 And
   JEREMY W. HOSHOR-JOHNSON, ESQ. (#75502)
11 PENNY L. BARRICK, ESQ. (#74110)
   **BABIN LAW, LLC**
12 10 West Broad Street, Suite 900
   Columbus, Ohio 43215
13 T: (614) 761-8800
14 jeremy.hoshorjohnson@babinlaws.com
   penny.barrick@babinlaws.com
15 *Attorneys for Plaintiffs*

16

17                         **UNITED STATES DISTRICT COURT**

18                                **DISTRICT OF NEVADA**

19

| | |
|---|---|
| M.B., individually; J.D., individually, D.S., individually,<br><br>        Plaintiffs,<br><br>vs.<br><br>RED ROOF INNS, INC., RED ROOF FRANCHISING, LLC., PARADISE II LIMITED LIABILITY COMPANY; DOES 1 through 10; ROE CORPORATIONS 13 through 20; and ABC LIMITED LIABILITY COMPANIES 21 through 30,<br><br>        Defendants. | CASE NO.: 2:25-cv-00797-CDS-BNW<br><br>**STIPULATION AND PROPOSED ORDER TO EXTEND PLAINTIFFS' DEADLINE TO RESPOND TO DEFENDANTS WRITTEN DISCOVERY REQUESTS** |

Plaintiffs, M.B., J.D. and D.S. ("Plaintiffs"), and Defendants, RED ROOF INNS, INC., RED ROOF FRANCHISING, LLC., ("Defendants"), by and through their respective counsel of record, hereby stipulate and agree to extend the deadline for Plaintiff to respond to Defendants, RED ROOF INNS, LLC, and RED ROOF FRANCHISING, LLC's written discovery in the above-captioned matter.

The current deadline for Plaintiff to respond is November 26, 2025, and the parties agree to extend this deadline to December 10, 2025.

This is the parties' third request to extend Plaintiff's deadline to respond to Defendants' Written Discovery Requests. This stipulation is made in good faith and not for the purpose of delay.

DATED this 26th day of November 2025.

CHRISTIAN MORRIS TRIAL ATTORNEYS

/s/ Sarah E. DiSalvo
_____
CHRISTIAN M. MORRIS, ESQ.
Nevada Bar No. 11218
SARAH E. DISALVO., ESQ.
Nevada Bar 16398
2250 Corporate Circle, Suite 390
Henderson, Nevada 89074
*Attorneys for Plaintiffs*

-AND-

JEREMY W. HOSHOR-JOHNSON, ESQ.
Ohio State Bar No. 75503 (*Pro Hac Vice*)
PENNY L. BARRICK, ESQ.
Ohio State Bar No. 74110 (*Pro Hac Vice*)
BABIN LAW, LLC
10 W. Broad St., Suite 900
Columbus, Ohio 43215
*Attorneys for Plaintiffs*

DATED this 26th day of November 2025.

TUCKER ELLIS, LLP

/s/ Amanda Villalobos
_____
AMANDA VILLALOBOS, ESQ.
California Bar No. 262176 (*Pro Hac Vice*)
NICHOLAS JANIZEH, ESQ.
California Bar No. 307816 (*Pro Hac Vice*)
515 S. Flower St, 42nd Floor
Los Angeles, California 90071
*Attorneys for Defendants Red Roof Franchising, Inc. & Red Roof Inns, Inc.*

-AND-

REBECCA MASTRANGELO, ESQ.
Nevada State Bar No. 5417
ROGERS, MASTRANGELO
CARVALHO & MITCHELL
700 S. Third St.
Las Vegas, Nevada 89101
*Local Counsel for Defendants Red Roof Franchising Inc. & Red Roof Inns, Inc.*

2

**ORDER**

IT IS SO ORDERED.

DATED:  December 1, 2025

_____
UNITED STATES MAGISTRATE JUDGE

# EXHIBIT 1



**Outlook**

---

### Re: M.B., J.D., D.S. v Red Roof Inns, Inc., et.al. 2:25-cv-00797-CDS-BNW

---

| | |
|---|---|
| **From** | Villalobos, Amanda <Amanda.Villalobos@tuckerellis.com> |
| **Date** | Wed 2025-11-26 16:46 |
| **To** | Sarah DiSalvo <Sarah@cmtalaw.com> |
| **Cc** | Nicole DuBois <NicoleD@cmtalaw.com>; Mikula, Chelsea <Chelsea.Mikula@tuckerellis.com>; Wunderlich, Sandra J. <Sandra.Wunderlich@tuckerellis.com>; Lindsay Roginski <Lindsay@cmtalaw.com>; Ashley Luto <ashley@cmtalaw.com> |

📎 1 attachment (73 KB)

Outlook-Logo, comp;

Hi yes, sorry for the delayed response. This is good to go. Happy Thanksgiving!

Sent from my iPhone

> On Nov 26, 2025, at 4:44 PM, Sarah DiSalvo <Sarah@cmtalaw.com> wrote:

**<<< EXTERNAL EMAIL >>>**

---

Hi Amanda,

I just tried giving you a call. Please advise if we can affix your e-signature to the SAO Nicole sent earlier this afternoon.

Thank you!

## Sarah DiSalvo, Esq.
**Attorney**

<Outlook-Logo, comp>

2250 Corporate Circle Suite 390
Henderson NV 89074
Office (702) 434-8282
Fax (702) 434-1488
Sarah@cmtalaw.com
cmtrialattorneys.com

```
CONFIDENTIALITY NOTICE: This email and any attachments are for the
exclusive and confidential use of the intended recipient. If you are not
the intended recipient, please do not read, distribute or take action in
reliance upon this message. If you have received this in error, please
```

notify us immediately by return email and promptly delete this message and
its attachments from your computer system. We do not waive attorney-client
or work product privilege by the transmission of this message.

**From:** Nicole DuBois <NicoleD@cmtalaw.com>
**Sent:** Wednesday, November 26, 2025 4:26 PM
**To:** Villalobos, Amanda <Amanda.Villalobos@tuckerellis.com>; Sarah DiSalvo <Sarah@cmtalaw.com>
**Cc:** Mikula, Chelsea <Chelsea.Mikula@tuckerellis.com>; Wunderlich, Sandra J. <Sandra.Wunderlich@tuckerellis.com>; Lindsay Roginski <Lindsay@cmtalaw.com>; Ashley Luto <ashley@cmtalaw.com>
**Subject:** Re: M.B., J.D., D.S. v Red Roof Inns, Inc., et.al. 2:25-cv-00797-CDS-BNW

Hi Ms. Villalobos,

Just following up. May we e-sign the SAO on your behalf?

Thank you!
Best regards,
Nicole DuBois
Paralegal

"Kindness is the culture. Justice is the purpose."
<Outlook-bbgl54yg.png>

**2250 Corporate Circle Suite 390**
**Henderson NV 89074**
**Direct Tel: 702-763-6904**
**Direct Fax: 702-728-2565**
**Office Tel: 702-434-8282**
*Nicoled@cmtalaw.com*

**CMTrialAttorneys.com**

CONFIDENTIALITY NOTICE: This email and any attachments are for the exclusive and confidential
use of the intended recipient. If you are not the intended recipient, please do not read,
distribute or take action in reliance upon this message. If you have received this in error,
please notify us immediately by return email and promptly delete this message and its
attachments from your computer system. We do not waive attorney-client or work product
privilege by the transmission of this message.

**From:** Nicole DuBois <NicoleD@cmtalaw.com>
**Sent:** Wednesday, November 26, 2025 14:46
**To:** Villalobos, Amanda <Amanda.Villalobos@tuckerellis.com>; Sarah DiSalvo <Sarah@cmtalaw.com>
**Cc:** Mikula, Chelsea <Chelsea.Mikula@tuckerellis.com>; Wunderlich, Sandra J. <Sandra.Wunderlich@tuckerellis.com>; Lindsay Roginski <Lindsay@cmtalaw.com>; Ashley Luto <ashley@cmtalaw.com>
**Subject:** Re: M.B., J.D., D.S. v Red Roof Inns, Inc., et.al. 2:25-cv-00797-CDS-BNW

Hi Ms. Villalobos,

Please see the attached SAO for your review and approval. If no changes are needed please confirm we may e-sign on your behalf.

Best regards,
Nicole DuBois
Paralegal

"Kindness is the culture. Justice is the purpose."
<Outlook-zitny0vi.png>

**2250 Corporate Circle Suite 390**

**Henderson NV 89074**

**Direct Tel: 702-763-6904**

**Direct Fax: 702-728-2565**

**Office Tel: 702-434-8282**

*Nicoled@cmtalaw.com*

CMTrialAttorneys.com

```
CONFIDENTIALITY NOTICE: This email and any attachments are for the exclusive and confidential
use of the intended recipient. If you are not the intended recipient, please do not read,
distribute or take action in reliance upon this message. If you have received this in error,
please notify us immediately by return email and promptly delete this message and its
attachments from your computer system. We do not waive attorney-client or work product
privilege by the transmission of this message.
```

---

**From:** Villalobos, Amanda <Amanda.Villalobos@tuckerellis.com>
**Sent:** Wednesday, November 26, 2025 10:51
**To:** Sarah DiSalvo <Sarah@cmtalaw.com>
**Cc:** Mikula, Chelsea <Chelsea.Mikula@tuckerellis.com>; Wunderlich, Sandra J. <Sandra.Wunderlich@tuckerellis.com>; Lindsay Roginski <Lindsay@cmtalaw.com>; Ashley Luto <ashley@cmtalaw.com>; Nicole DuBois <NicoleD@cmtalaw.com>
**Subject:** Re: M.B., J.D., D.S. v Red Roof Inns, Inc., et.al. 2:25-cv-00797-CDS-BNW

Hi Sarah,

We are okay with the additional extension but please make every effort to get us responses by the new deadline.

Thanks,
Amanda.