CHRISTIAN MORRIS TRIAL ATTORNEYS
2250 Corporate Circle, Suite 390
Henderson, Nevada 89074
P: 702-434.8282 | F: 702-434.1488

CHRISTIAN M. MORRIS, ESQ.
Nevada Bar No. 11218
SARAH E. DISALVO, ESQ.
Nevada Bar No. 16398
LINDSAY N. ROGINSKI, ESQ.
Nevada Bar No. 16616
**CHRISTIAN MORRIS TRIAL ATTORNEYS**
2250 Corporate Circle, Suite 390
Henderson, Nevada 89074
T: (702) 434-8282
F: (702) 434-1488
Christian@CMTAlaw.com
Sarah@CMTAlaw.com
Lindsay@CMTAlaw.com
*-And-*
PENNY L. BARRICK, ESQ. (*Pro Hac Vice)*
Ohio Bar No. #74110
**BABIN LAW, LLC**
10 West Broad Street, Suite 900
Columbus, Ohio 43215
T: (614) 761-8800
penny.barrick@babinlaws.com
*Attorneys for Plaintiffs*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| J.D., individually, D.S., individually,<br><br>Plaintiffs,<br><br>vs.<br><br>RED ROOF INNS, INC., RED ROOF FRANCHISING, LLC.; PARADISE II LIMITED LIABILITY COMPANY; DOES 1 through 10; ROE CORPORATIONS 13 through 20; and ABC LIMITED LIABILITY COMPANIES 21 through 30,<br><br>Defendants. | CASE NO.: 2:25-cv-00797-CDS-BNW<br><br>**STIPULATION AND PROPOSED ORDER TO EXTEND PLAINTIFFS' DEADLINE TO RESPOND TO DEFENDANTS' MOTIONS TO COMPEL SUPPLEMENTAL WRITTEN DISCOVERY RESPONSES** |

Plaintiffs, J.D. and D.S. ("Plaintiffs"), and Defendants, RED ROOF INNS, INC., RED

CHRISTIAN MORRIS TRIAL ATTORNEYS
2250 Corporate Circle, Suite 390
Henderson, Nevada 89074
P: 702-434.8282 | F: 702-434.1488

ROOF FRANCHISING, LLC., ("Defendants Red Roof") and Defendant PARADISE II LIMITED LIABILITY COMPANY, ("Defendant Paradise") by and through their respective counsel of record, hereby stipulate and agree to extend the deadline for Plaintiff to respond to Defendants Red Roof's *Motion to Compel Supplemental Written Discovery Responses from Plaintiffs* (ECF 81) filed on August 24, 2026 and to extend the deadline for Plaintiff to respond to Defendant Paradise's *Motion to Compel Plaintiff's Supplemental Discovery Responses* (ECF 82) filed on August 26, 2026.

The current deadline for Plaintiff to respond to Defendants Red Roof's Motion to Compel Supplemental Written Discovery Responses from Plaintiffs (ECF 81) is September 8, 2026, and the parties agree to extend this deadline to September 21, 2026. The parties agree to allow Defendant Red Roof until October 5, 2026, to file its Reply in Support of *Motion to Compel Supplemental Written Discovery Responses from Plaintiffs* (ECF 81)

The current deadline for Plaintiff to Defendant Paradise's Motion to Compel Plaintiff's Supplemental Discovery Responses (ECF 82) is September 9, 2026, and the parties agree to extend this deadline to September 21, 2026. The parties agree to allow Defendant Paradise until October 5, 2026, to file its Reply in Support of *Motion to Compel Plaintiff's Supplemental Discovery Responses* (ECF 82).

This is the parties' first request to extend Plaintiff's deadline to respond to Defendants' Motions to Compel Supplemental Written Discovery Responses. This stipulation is made in good faith and not for the purpose of delay.

DATED this 4th day of September 2026.

CHRISTIAN MORRIS TRIAL ATTORNEYS

*/s/ Sarah E. DiSalvo*

CHRISTIAN M. MORRIS, ESQ.
Nevada Bar No. 11218
SARAH E. DISALVO, ESQ.
Nevada Bar No. 16398
2250 Corporate Circle, Suite 390
Henderson, NV 89074
*-And-*

DATED this 4th day of September 2026.

O'HAGAN MEYER, PLLC

*/s/ Whit Selert*

WHIT SELERT, ESQ.
Nevada Bar No. 5492
300 S. 4th St., Suite 1250
Las Vegas, NV 89101
*Attorneys for Defendants Paradise II, LLC*

CHRISTIAN MORRIS TRIAL ATTORNEYS
2250 Corporate Circle, Suite 390
Henderson, Nevada 89074
P: 702-434.8282 | F: 702-434.1488

PENNY L. BARRICK, ESQ.(*Pro Hac Vice)*
Ohio Bar No. #74110
BABIN LAW, LLC
10 West Broad Street, Suite 900
Columbus, Ohio 43215
*Attorneys for Plaintiffs*

DATED this 4th day of September 2026

TUCKER ELLIS, LLP

*/s/ Amanda Villalobos*

______________________________

AMANDA VILLALOBOS, ESQ.
California Bar No. 262176 *(Pro Hac Vice)*
NICHOLAS JANIZEH, ESQ.
California Bar No. 307816 (*Pro Hac Vice)*
515 Flower St., 42nd Flr
Los Angeles, CA 90071
*-And-*
REBECCA MASTRANGELO, ESQ.
Nevada Bar No. 5417
ROGERS MASTRANGELO CARVALHO & MITCHELL
700 S. Third St.
Las Vegas, NV 89101
*Attorneys for Red Roof Inns & Red Roof Franchising*

**ORDER**

IT IS SO ORDERED.

DATED: September 8, 2026

______________________________
UNITED STATES MAGISTRATE JUDGE

Outlook

## RE: J.D. v. Red Roof Inn, et al- Plaintiff J.D.'s Supplemental Responses to Defendant Paradise

**From** Villalobos, Amanda <Amanda.Villalobos@tuckerellis.com>
**Date** Fri 2026-09-04 1:21 PM
**To** Nicole DuBois <NicoleD@cmtalaw.com>; Sarah DiSalvo <Sarah@cmtalaw.com>; Kathryn McCallion <kmccallion@ohaganmeyer.com>; Lindsay Roginski <Lindsay@cmtalaw.com>
**Cc** Rebecca Mastrangelo (RMastrangelo@rmcmlaw.com) <rmastrangelo@rmcmlaw.com>; Mikula, Chelsea <Chelsea.Mikula@tuckerellis.com>; Janizeh, Nicholas V. <Nicholas.Janizeh@tuckerellis.com>; Eileen Wiley <ewiley@ohaganmeyer.com>; John Morgenstern <jmorgenstern@ohaganmeyer.com>; Marcus Lee <mlee@ohaganmeyer.com>; cindy.leung@tuckerellis.com <cindy.leung@tuckerellis.com>; Ashley Luto <ashley@cmtalaw.com>; Whitney Selert <wselert@ohaganmeyer.com>; Leigh Ann DiBona <ldibona@ohaganmeyer.com>

Thanks, Nicole.  This is approved on behalf of Red Roof.

**Amanda Villalobos | Attorney | Tucker Ellis LLP**
515 South Flower Street Forty Second Floor| Los Angeles, CA 90071
Direct: 213-430-3395 | Cell: 626-482-9657
Email: amanda.villalobos@tuckerellis.com
Web: www.tuckerellis.com

This e-mail is sent by the law firm of Tucker Ellis LLP and may contain information that is privileged or confidential. If you are not the intended recipient, please delete the e-mail and notify us immediately by return email.

---

**From:** Nicole DuBois <NicoleD@cmtalaw.com>
**Sent:** Friday, September 4, 2026 1:13 PM
**To:** Villalobos, Amanda <Amanda.Villalobos@tuckerellis.com>; Sarah DiSalvo <Sarah@cmtalaw.com>; Kathryn McCallion <kmccallion@ohaganmeyer.com>; Lindsay Roginski <Lindsay@cmtalaw.com>
**Cc:** Rebecca Mastrangelo (RMastrangelo@rmcmlaw.com) <rmastrangelo@rmcmlaw.com>; Mikula, Chelsea <Chelsea.Mikula@tuckerellis.com>; Janizeh, Nicholas V. <Nicholas.Janizeh@tuckerellis.com>; Eileen Wiley <ewiley@ohaganmeyer.com>; John Morgenstern <jmorgenstern@ohaganmeyer.com>; Marcus Lee <mlee@ohaganmeyer.com>; cindy.leung@tuckerellis.com; Ashley Luto <ashley@cmtalaw.com>; Whitney Selert <wselert@ohaganmeyer.com>; Leigh Ann DiBona <ldibona@ohaganmeyer.com>
**Subject:** Re: J.D. v. Red Roof Inn, et al- Plaintiff J.D.'s Supplemental Responses to Defendant Paradise

**<<< EXTERNAL EMAIL >>>**

---

Apologies Ms. Villalobos! Please see the revised version with the new date of October 5 for your replies.

*Best regards,*
*Nicole DuBois*

Outlook

## RE: J.D. v. Red Roof Inn, et al- Plaintiff J.D.'s Supplemental Responses to Defendant Paradise

**From** Kathryn McCallion <kmccallion@ohaganmeyer.com>
**Date** Fri 2026-09-04 12:01 PM
**To** Nicole DuBois <NicoleD@cmtalaw.com>; Sarah DiSalvo <Sarah@cmtalaw.com>; Lindsay Roginski <Lindsay@cmtalaw.com>
**Cc** Rebecca Mastrangelo (RMastrangelo@rmcmlaw.com) <rmastrangelo@rmcmlaw.com>; amanda.villalobos@tuckerellis.com <amanda.villalobos@tuckerellis.com>; chelsea.mikula@tuckerellis.com <chelsea.mikula@tuckerellis.com>; nicholas.janizeh@tuckerellis.com <nicholas.janizeh@tuckerellis.com>; Eileen Wiley <ewiley@ohaganmeyer.com>; John Morgenstern <jmorgenstern@ohaganmeyer.com>; Marcus Lee <mlee@ohaganmeyer.com>; cindy.leung@tuckerellis.com <cindy.leung@tuckerellis.com>; Ashley Luto <ashley@cmtalaw.com>; Whitney Selert <wselert@ohaganmeyer.com>; Leigh Ann DiBona <ldibona@ohaganmeyer.com>

Please remove my name from the signature line. Otherwise, no changes. You may e-sign for Whit Selert on behalf of Paradise II.

Thank you,

Kathryn McCallion
Associate Attorney
1717 Arch Street | Suite 3910 | Philadelphia | PA | 19103
PH 215.461.3300 | DIR 215.461.3352| FAX 215.461.3311

O'HAGAN MEYER
ATTORNEYS ▲ ADVISORS

Alexandria, VA ▲ Boston, MA ▲ Charlotte, NC ▲ Chicago, IL
Columbia, MD ▲ Denver, CO ▲ Detroit, MI ▲ Hermosa Beach, CA
Las Vegas, NV ▲ Los Angeles, CA ▲ New York City, NY
Norfolk, VA ▲ Orange County, CA ▲ Philadelphia, PA
Pittsburgh, PA ▲ Portland, OR ▲ Princeton, NJ ▲ Richmond, VA
San Francisco, CA ▲ Washington, D.C. ▲ Wilmington, DE

OHaganMeyer.com

**INFORMATION IN THIS TRANSMITTAL IS CONFIDENTIAL AND INTENDED ONLY FOR THE RECIPIENT LISTED ABOVE. IF YOU ARE NEITHER THE INTENDED RECIPIENT NOR A PERSON RESPONSIBLE FOR DELIVERING THIS TRANSMITTAL TO THE INTENDED RECIPIENT, YOU ARE HEREBY NOTIFIED THAT ANY DISTRIBUTION OR COPYING OF THIS TRANSMITTAL IS PROHIBITED. IF YOU RECEIVED THIS TRANSMITTAL IN ERROR, PLEASE IMMEDIATELY NOTIFY US BY TELEPHONE OR EMAIL AND IMMEDIATELY DELETE THE MESSAGE.**

---

**From:** Nicole DuBois <NicoleD@cmtalaw.com>
**Sent:** Friday, September 4, 2026 2:54 PM
**To:** Sarah DiSalvo <Sarah@cmtalaw.com>; Kathryn McCallion <kmccallion@ohaganmeyer.com>; Lindsay Roginski <Lindsay@cmtalaw.com>
**Cc:** Rebecca Mastrangelo (RMastrangelo@rmcmlaw.com) <rmastrangelo@rmcmlaw.com>; amanda.villalobos@tuckerellis.com; chelsea.mikula@tuckerellis.com; nicholas.janizeh@tuckerellis.com; Eileen

Wiley <ewiley@ohaganmeyer.com>; John Morgenstern <jmorgenstern@ohaganmeyer.com>; Marcus Lee <mlee@ohaganmeyer.com>; cindy.leung@tuckerellis.com; Ashley Luto <ashley@cmtalaw.com>; Whitney Selert <wselert@ohaganmeyer.com>; Leigh Ann DiBona <ldibona@ohaganmeyer.com>
**Subject:** [EXTERNAL] Re: J.D. v. Red Roof Inn, et al- Plaintiff J.D.'s Supplemental Responses to Defendant Paradise

**CAUTION:** This email originated from outside the organization.
Do not click links or open attachments unless you are expecting them from the sender.

Good afternoon,

I am just following up on the below. Please advise if changes are needed or if we may e-sign on your behalf.

Thank you!

Best regards,
Nicole DuBois
Paralegal

"For those who Can't, We do."

CHRISTIAN MORRIS
TRIAL ATTORNEYS

**2250 Corporate Circle Suite 390**
**Henderson NV 89074**
**Direct Tel: 702-763-6904**
**Office Fax: 702-434-1488**
**Office Tel: 702-434-8282**
Nicoled@cmtalaw.com
CMTrialAttorneys.com

CONFIDENTIALITY NOTICE: This email and any attachments are for the exclusive and confidential use of the intended recipient. If you are not the intended recipient, please do not read, distribute or take action in reliance upon this message. If you have received this in error, please notify us immediately by return email and promptly delete this message and its attachments from your computer system. We do not waive attorney-client or work product privilege by the transmission of this message.

---

**From:** Nicole DuBois <NicoleD@cmtalaw.com>
**Sent:** Thursday, September 03, 2026 12:18 PM
**To:** Sarah DiSalvo <Sarah@cmtalaw.com>; Kathryn McCallion <kmccallion@ohaganmeyer.com>; Lindsay Roginski <Lindsay@cmtalaw.com>
**Cc:** Rebecca Mastrangelo (RMastrangelo@rmcmlaw.com) <rmastrangelo@rmcmlaw.com>;