WHIT SELERT, ESQ. (Nevada Bar No.: 5492)
E: Wselert@ohaganmeyer.com
INKU NAM, ESQ. (Nevada Bar No.: 12050)
E: Inam@ohaganmeyer.com
Nevada Bar No. 5492 /
**O'HAGAN MEYER PLLC**
300 S. 4th Street, Suite 1250
Las Vegas, NV 89101
T: 725-286-2801

*Attorneys for Paradise II Limited Liability Company*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

M.B., individually; J.D., individually, D.S., individually,

Plaintiffs,

vs.

RED ROOF INNS, INC., RED ROOF FRANCHISING, LLC., PARADISE II LIMITED LIABILITY COMPANY; DOES 1 through 10: ROE CORPORATIONS 13 through 20; and ABC LIMITED LIABILITY COMPANIES 21 through 30,

Defendants.

CASE NO. 2:25-cv-00797-CDS-BNW

**STIPULATION AND [PROPOSED] ORDER TO CONTINUE ORAL ARGUMENT ON DEFENDANTS' MOTIONS TO COMPEL**

**(FIRST REQUEST)**

**STIPULATION AND [PROPOSED] ORDER TO CONTINUE ORAL ARGUMENT ON DEFENDANTS' MOTIONS TO COMPEL**

Plaintiffs J.D. and D.S. ("Plaintiffs"), and Defendants Paradise II, LLC, Red Roof Inns, Inc., and Red Roof Franchising, LLC (collectively, "Defendants"), by and through their respective counsel of record, hereby stipulate and request that this Court continue oral argument on Defendants' pending Motions to Compel Plaintiffs Discovery, currently scheduled for Thursday, October 15, 2026, at 2:30 p.m., before the Honorable Magistrate Judge Brenda Weksler, for approximately two to three weeks, to November 3, 2026, November 5, 2026, or another date convenient for the Court after October 28, 2026.



O'HAGAN MEYER ATTORNEYS & ADVISORS

This is the parties' **first request** to continue the oral argument. Good cause exists for the requested continuance pursuant to Local Rule IA 6-1, as follows:

1. Oral argument on Defendants' pending Motions to Compel is presently scheduled for Thursday, October 15, 2026, at 2:30 p.m., before the Honorable Magistrate Judge Brenda Weksler.

2. Paradise II's lead counsel responsible for handling this matter, Whit Selert, Esq., is presently outside the country on a previously scheduled vacation and will not return until October 28, 2026. Accordingly, Mr. Selert is unavailable to attend the presently scheduled oral argument.

3. In anticipation of Mr. Selert's absence, additional counsel for Paradise II intended to seek admission *pro hac vice* in sufficient time to appear and argue the pending Motion to Compel. However, despite efforts to obtain the necessary documentation, unexpected administrative delays in receiving the required Certificates of Good Standing have prevented submission of the verified petition for admission.

4. Paradise II anticipates that the outstanding documentation will be received shortly and that its application for admission *pro hac vice* can thereafter be promptly submitted. However, given the proximity of the presently scheduled hearing, there may be insufficient time for the Court to consider and rule upon the application before October 15, 2026.

5. Accordingly, Paradise II respectfully requests a brief continuance to allow sufficient time for the submission and consideration of the pending *pro hac vice* application or, alternatively, for Mr. Selert to return and attend the hearing. The requested continuance will ensure that counsel familiar with the underlying discovery disputes and substantive issues presented in the Motions to Compel is available to meaningfully participate in oral argument.

O'HAGAN MEYER
ATTORNEYS & ADVISORS

O'HAGAN MEYER
ATTORNEYS ▲ ADVISORS

6. Counsel for all parties have conferred regarding the requested continuance and agree that a brief postponement is appropriate under the circumstances. The parties further agree that the requested continuance will not prejudice any party or otherwise materially affect the progression of this litigation.

7. To accommodate the Court's schedule, counsel for all parties have confirmed their availability on November 3, 2026, and November 5, 2026. The parties respectfully request that oral argument be rescheduled to either of those dates, or such other date after October 28, 2026, as the Court deems appropriate.

8. This request is made in good faith, is supported by good cause, and is not sought for purposes of undue delay. The parties respectfully submit that the requested continuance will facilitate the orderly presentation and resolution of the pending discovery disputes.

**WHEREFORE**, the parties respectfully stipulate and request that this Court enter an Order vacating the oral argument presently scheduled for October 15, 2026, at 2:30 p.m., and continuing the hearing to November 3, 2026, November 5, 2026, or another date convenient for the Court after October 28, 2026.

On this 12th day of October 2026.

**O'HAGAN MEYER PLLC**

By *__/s/ Inku Nam__*

WHIT SELERT, ESQ.
Nevada Bar No. 5492
INKU NAM, ESQ.
Nevada Bar No. 12050
300 S. 4th Street, Suite 1250
Las Vegas, NV 89101
T: 725-286-2801

*Attorneys for Paradise II Limited Liability Company*

**CHRISTIAN MORRIS TRIAL ATTORNEYS**

By *_/s/ Sarah E. Disalvo_*
CHRISTIAN M. MORRIS, ESQ.
SARAH E. DISALVO, ESQ.
Nevada Bar No. 11218 / 16398
2250 Corporate Circle, Suite 390
Henderson, Nevada 89074
T: 702-434-8282
E: cmorris@cmtrialattorneys.com
sdisalvo@cmtrialattorneys.com
*Attorneys for Plaintiffs*

**TUCKER ELLIS, LLP**

By *_/s/ Amanda Villalobos_*
AMANDA VILLALOBOS, ESQ.
(admitted *pro hac vice)*
NICHOLAS V. JANIZEH, ESQ.
(admitted *pro hac vice)*
515 South Flower Street 42nd Floor
Los Angeles, CA 90071-2223
T: 213-430-3400
E: amanda.villalobos@tuckerellis.com
Nicholas.janizeh@tuckerellis.com
*Attorneys for Defendants, Red Roof Franchising, LLC and Red Roof Inns, Inc.*

O'HAGAN MEYER ATTORNEYS ADVISORS

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

M.B., individually; J.D., individually, D.S., individually,

Plaintiffs,

vs.

RED ROOF INNS, INC., RED ROOF FRANCHISING, LLC., PARADISE II LIMITED LIABILITY COMPANY; DOES 1 through 10: ROE CORPORATIONS 13 through 20; and ABC LIMITED LIABILITY COMPANIES 21 through 30,

Defendants.

CASE NO. 2:25-cv-00797-CDS-BNW

**[PROPOSED ORDER]**

**[PROPOSED] ORDER GRANTING STIPULATION TO CONTINUE ORAL ARGUMENT ON DEFENDANTS' MOTIONS TO COMPEL**

**IT IS HEREBY ORDERED** that the parties' Stipulation to Continue Oral Argument on Defendants' Motions to Compel is **GRANTED**.

**IT IS FURTHER ORDERED** that oral argument on Defendants' pending Motions to Compel, currently scheduled for October 15, 2026, at 2:30 p.m., is hereby **VACATED** and **CONTINUED** to November 5, 2026, at 2:00 P.M, before the Honorable Magistrate Judge Brenda Weksler.

**IT IS SO ORDERED.**

**UNITED STATES MAGISTRATE JUDGE**
**DATED:** October 14, 2026



O'HAGAN MEYER ATTORNEYS ADVISORS

O'HAGAN MEYER ATTORNEYS ADVISORS

**CERTIFICATE OF SERVICE**

Pursuant to FRCP 5(b), I certify that I am an employee of O'HAGAN MEYER PLLC, and that on this 13th day of October 2026, I electronically filed and served the foregoing **STIPULATION AND [PROPOSED] ORDER TO CONTINUE ORAL ARGUMENT ON DEFENDANTS' MOTIONS TO COMPEL** with the Clerk of the Court through Case Management/Electronic Filing System and Electronic Mail as follows:

| | |
|---|---|
| **Christian Morris**<br>Christian Morris Trial Attorneys<br>2250 Corporate Circle<br>Ste 390<br>Henderson, NV 89074<br>702-434-8282<br>Email: christian@CMtrialattorneys.com<br><br>**Jamie McInelly**<br>Christian Morris Trial Attorneys<br>Nettles Morris<br>2250 Corporate Circle<br>Ste 390<br>Henderson, NV 89074<br>702-434-8282<br>Email: jamie@CMTAlaw.com<br><br>**Lindsay Roginski**<br>Christian Morris Trial Attorneys<br>Henderson<br>2250 Corporate Circle, Suite 390<br>89074<br>Henderson, NV 89074<br>702-434-8282<br>Email: lindsay@cmtrialattorneys.com<br><br>**Sarah Eva DiSalvo**<br>Christian Morris Trial Attorneys<br>2250 Corporate Circle<br>Suite 390<br>Henderson, NV 89074<br>702-434-8282<br>Email: sarah@cmtalaw.com<br><br>**Victoria Rose Allen**<br>Christian Morris Trial Attorneys<br>2250 Corporate Circle | **Amanda Villalobos**<br>Tucker Ellis LLP<br>515 South Flower Street, 42nd Floor<br>Los Angeles, CA 90071<br>213-430-3400<br><br>**Chelsea R. Mikula**<br>Tucker Ellis LLP<br>950 Main Ave., Suite 1100<br>Cleveland, OH 44113<br>216-696-2476<br>Fax: 216-592-5009<br>Email: chelsea.mikula@tuckerellis.com<br><br>**Nicholas Janizeh**<br>Tucker Ellis LLP<br>515 South Flower Street, 42nd Floor<br>Los Angeles, CA 90071<br>213-430-3400<br><br>**Sandra Wunderlich**<br>Tucker Ellis LLP<br>100 South Fourth Street<br>Suite 600<br>St. Louis, MO 63102<br>314-256-2544<br>Email: sandra.wunderlich@tuckerellis.com<br><br>**Rebecca L. Mastrangelo**<br>Rogers, Mastrangelo, Carvalho & Mitchell<br>700 S. Third Street<br>Las Vegas, NV 89101<br>(702)383-3400<br>Fax: (702)384-1460<br>Email: rmecham@rmcmlaw.com |

| | |
|---|---|
| Ste 390<br>Henderson, NV 89074<br>708-997-2003<br>Email: victoria@CMTAlaw.com<br><br>**Jeremy W. Hoshor-Johnson**<br>10 West Broad Street<br>Ste 900<br>Columbus, OH 43215<br>614-519-1176<br>Email:<br>jeremy.hoshorjohnson@babinlaws.com<br><br>**Penny L. Barrick**<br>Babin Law, LLC.,<br>10 West Broad Street<br>Ste 900<br>Columbus, OH 43215<br>614-761-8800<br>Email: penny.barrick@babinlaws.com<br><br>***Attorneys for Plaintiffs, M.B., J.D., and D.S.*** | ***Attorneys for Defendants Red Roof Inns, Inc. and Red Roof Franchising, LLC*** |

By *_/s/ Krystle Platero_*
An employee of O'Hagan Meyer PLLC



O'HAGAN MEYER
ATTORNEYS & ADVISORS