WHIT SELERT, ESQ. (Nevada Bar No. 5492)
E: WSelert@ohaganmeyer.com
INKU NAM, ESQ. (Nevada Bar No. 12050)
E: INam@ohaganmeyer.com
**O'HAGAN MEYER PLLC**
300 S. 4th Street, Suite 1250
Las Vegas, NV 89101
T: 725.286.2801

*Attorneys for Paradise II Limited Liability Company*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| M.B., individually; J.D., individually, D.S., individually,<br><br>Plaintiffs,<br><br>vs.<br><br>RED ROOF INNS, INC., RED ROOF FRANCHISING, LLC., PARADISE II LIMITED LIABILITY COMPANY; DOES 1 through 10: ROE CORPORATIONS 13 through 20; and ABC LIMITED LIABILITY COMPANIES 21 through 30,<br><br>Defendants. | No. 2:25-cv-00797-CDS-BNW<br><br>**DEFENDANT PARADISE II LIMITED LIABILITY COMPANY'S MOTION TO APPEAR VIRTUALLY AT THE NOVEMBER 5, 2026 HEARING ON DEFENDANTS' MOTIONS TO COMPEL [ECF NOS. 81 & 82]** |

Defendant Paradise II Limited Liability Company, by and through its counsel of record, submits this Motion requesting leave for Defendant's counsel (Whit Selert, Esq. and Kathryn McCallion, Esq.[1]) to appear virtually via Zoom videoconference at the Motions to Compel [ECF Nos. 81 & 82] that is currently scheduled for Thursday, November 5, 2026, at 2:00 p.m.

1. On August 26, 2026, Defendant filed a motion to compel Plaintiff's supplemental discovery responses that is the subject of this hearing. [ECF No. 82.]

2. On September 8, 2026, the Court issued a minute order setting the hearing on October 15, 2026, at 2:30 p.m. in Las Vegas Courtroom 3B. [ECF No. 85.] This hearing was

[1] Defendant anticipates filing Ms. McCallion's application for admission *pro hac vice* shortly.

continued via stipulation to November 5, 2026, at 2:00 p.m.

3. Defendant's counsel Whit Selert, Esq. is located in Washington state and practices from the Washington office of O'Hagan Meyer PLLC.

4. Defendant's counsel Kathryn McCallion, Esq. is located in Philadelphia and practices from the Philadelphia office of O'Hagan Meyer PLLC.

5. Ms. McCallion's *pro hac vice* application may not be filed ahead of the November 5th hearing, so out of abundance of caution, remote appearance requests are being made for both Ms. McCallion and Mr. Selert.

6. This request is made with good cause in order to avoid the expense and undue burden of travel to the state of Nevada.

7. Defendant respectfully requests that Attorneys Whit Selert (wselert@ohaganmeyer.com) and Kathryn McCallion (kmccallion@ohaganmeyer.com) be given leave to appear at the November 5th hearing remotely by Zoom videoconference.

Dated this 4th day of November, 2026.

**O'HAGAN MEYER PLLC**

By */s/ Whit Selert*

WHIT SELERT, ESQ.
Nevada Bar No. 5492
INKU NAM, ESQ.
Nevada Bar No. 12050
300 S. 4th Street, Sute 1250
Las Vegas, NV 89101
T: 725.286.2801

*Attorneys for Paradise II Limited Liability Company*

IT IS SO **ORDERED**.

**UNITED STATES MAGISTRATE JUDGE**
**DATED:** November 4, 2026



O'HAGAN MEYER ATTORNEYS ▲ ADVISORS

# CERTIFICATE OF SERVICE

Pursuant to FRCP 5(b), I certify that I am an employee of O'HAGAN MEYER PLLC, and that on this 4th day of November, 2026, I electronically filed and served the foregoing **DEFENDANT PARADISE II LIMITED LIABILITY COMPANY'S MOTION TO APPEAR VIRTUALLY AT THE NOVEMBER 5, 2026 HEARING ON DEFENDANTS' MOTIONS TO COMPEL [ECF NOS. 81 & 82]** with the Clerk of the Court through Case Management/Electronic Filing System and Electronic Mail as follows:

| | |
|---|---|
| **Christian Morris**<br>Christian Morris Trial Attorneys<br>2250 Corporate Circle<br>Ste 390<br>Henderson, NV 89074<br>702-434-8282<br>Email: christian@CMtrialattorneys.com<br><br>**Jamie McInelly**<br>Christian Morris Trial Attorneys<br>Nettles Morris<br>2250 Corporate Circle<br>Ste 390<br>Henderson, NV 89074<br>702-434-8282<br>Email: jamie@CMTAlaw.com<br><br>**Lindsay Roginski**<br>Christian Morris Trial Attorneys<br>Henderson<br>2250 Corporate Circle, Suite 390<br>89074<br>Henderson, NV 89074<br>702-434-8282<br>Email: lindsay@cmtrialattorneys.com<br><br>**Sarah Eva DiSalvo**<br>Christian Morris Trial Attorneys<br>2250 Corporate Circle<br>Suite 390<br>Henderson, NV 89074<br>702-434-8282<br>Email: sarah@cmtalaw.com<br><br>**Victoria Rose Allen**<br>Christian Morris Trial Attorneys<br>2250 Corporate Circle<br>Ste 390<br>Henderson, NV 89074 | **Amanda Villalobos**<br>Tucker Ellis LLP<br>515 South Flower Street, 42nd Floor<br>Los Angeles, CA 90071<br>213-430-3400<br><br>**Chelsea R. Mikula**<br>Tucker Ellis LLP<br>950 Main Ave., Suite 1100<br>Cleveland, OH 44113<br>216-696-2476<br>Fax: 216-592-5009<br>Email: chelsea.mikula@tuckerellis.com<br><br>**Nicholas Janizeh**<br>Tucker Ellis LLP<br>515 South Flower Street, 42nd Floor<br>Los Angeles, CA 90071<br>213-430-3400<br><br>**Sandra Wunderlich**<br>Tucker Ellis LLP<br>100 South Fourth Street<br>Suite 600<br>St. Louis, MO 63102<br>314-256-2544<br>Email: sandra.wunderlich@tuckerellis.com<br><br>**Rebecca L. Mastrangelo**<br>Rogers, Mastrangelo, Carvalho & Mitchell<br>700 S. Third Street<br>Las Vegas, NV 89101<br>(702)383-3400<br>Fax: (702)384-1460<br>Email: rmecham@rmcmlaw.com<br><br>***Attorneys for Defendants Red Roof Inns, Inc. and Red Roof Franchising, LLC*** |



O'HAGAN MEYER ATTORNEYS ADVISORS

708-997-2003
Email: victoria@CMTAlaw.com

**Jeremy W. Hoshor-Johnson**
10 West Broad Street
Ste 900
Columbus, OH 43215
614-519-1176
Email: jeremy.hoshorjohnson@babinlaws.com

**Penny L. Barrick**
Babin Law, LLC.,
10 West Broad Street
Ste 900
Columbus, OH 43215
614-761-8800
Email: penny.barrick@babinlaws.com

***Attorneys for Plaintiffs, M.B., J.D., and D.S.***

By *___/s/ Krystle Platero___*
An employee of O'HAGAN MEYER PLLC

O'HAGAN MEYER ATTORNEYS ▲ ADVISORS