CHRISTIAN MORRIS TRIAL ATTORNEYS
2250 Corporate Circle, Suite 390
Henderson, Nevada 89074
702-434-8282 / 702-434-1488 (fax)

CHRISTIAN M. MORRIS, ESQ.
Nevada Bar No. 11218
SARAH E. DISALVO, ESQ.
Nevada Bar No. 16398
LINDSAY N. ROGINSKI, ESQ.
Nevada Bar No. 16616
**CHRISTIAN MORRIS TRIAL ATTORNEYS**
2250 Corporate Circle, Suite 390
Henderson, Nevada 89074
T: (702) 434-8282
F: (702) 434-1488
Christian@CMTAlaw.com
Sarah@CMTAlaw.com
Lindsay@CMTAlaw.com
*-And-*
PENNY L. BARRICK, ESQ. *(Pro Hac Vice)*
Ohio Bar No.74110
**BABIN LAW, LLC**
10 West Broad Street, Suite 900
Columbus, Ohio 43215
T: (614) 761-8800
penny.barrick@babinlaws.com
*Attorneys for Plaintiffs*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

J.D., individually, D.S., individually,

Plaintiffs,

vs.

RED ROOF INNS, INC., RED ROOF FRANCHISING, LLC., PARADISE II LIMITED LIABILITY COMPANY; DOES 1 through 10; ROE CORPORATIONS 13 through 20; and ABC LIMITED LIABILITY COMPANIES 21 through 30,

Defendants.

CASE NO.: 2:25-cv-00797-CDS-BNW

**STIPULATION AND ORDER TO EXTEND DEADLINE TO FILE STIPULATED REVISED SCHEDULE AND REGARDING SOCIAL-MEDIA COLLECTION**

CHRISTIAN MORRIS TRIAL ATTORNEYS
2250 Corporate Circle, Suite 390
Henderson, Nevada 89074
702-434-8282 / 702-434-1488 (fax)

IT IS HEREBY STIPULATED between, Christian M. Morris, Esq. Sarah E, DiSalvo, Esq., and Lindsay N. Roginski, Esq. of the law firm CHRISTIAN MORRIS TRIAL ATTORNEYS and Penny Barick, Esq. of Babin Laws, counsel of record for Plaintiffs, ("Plaintiffs") Amanda Villalobos, Esq., Chelsea Mikula, Esq. and Nicholas Janizeh, Esq., of the law firm TUCKER ELLIS, LLP and Rebecca Mastrangelo, Esq. of the law firm ROGERS MASTRANGELO CARVALHO & MITCHEL, counsel of record for Defendants Red Roof Franchising, Inc. dba Red Roof Inn, ("Defendants Red Roof"), and Whit Selert, Esq. and Kathryn McCallion, Esq., of the law firm, O'HAGAN MEYER, PLLC, counsel of record for Defendants Paradise II, LLC, ("Defendants Paradise") under Fed. R. Civ. P. 6(b)(1)(A) and 16(b)(4), LR IA 6-1, LR IA 6-2, LR 7-1, and LR 26-3 that the Court extend the deadline established in its November 5, 2026 Order (ECF No. 97) to file a stipulation and proposed order revising the case deadlines. The parties provide the following status and grounds for this limited request.

**I. <u>THE COURT'S ORDER AND CURRENT STATUS</u>**

1. On November 5, 2026, the Court directed Plaintiff to identify to defense counsel the company Plaintiff would use to extract the social-media records at issue. The Court further directed the parties to file a stipulation and proposed order extending deadlines November 16, 2026. *See* ECF No. 97.

2. The current status of vendor identification is unresolved. Plaintiffs have reached out to two (2) different vendors regarding the collection of Plaintiffs' Social Media Records. Both have come to the conclusion that they are unable to assist us given Plaintiffs do not recall the login information on the majority of the Social Media Accounts at issue.

3. Counsel communicated about this issue on November 11, November 13, and November 16. The parties agree to the limited relief requested below.

**II. <u>GOOD CAUSE FOR THE LIMITED EXTENSION</u>**

Rule 6(b)(1)(A) permits an extension for good cause when the request is made before the deadline expires. Rule 16(b)(4) requires good cause and the judge's consent to modify a schedule. LR IA 6-1 requires the reasons for the extension and disclosure of prior extensions; LR 26-3 also

CHRISTIAN MORRIS TRIAL ATTORNEYS
2250 Corporate Circle, Suite 390
Henderson, Nevada 89074
702-434-8282 / 702-434-1488 (fax)

requires good cause for extending dates set by court order. Diligence is the primary consideration under Rule 16(b).

The access issue affects the ability to propose a supported timetable for Discovery deadline extensions. The steps described above support good cause because Plaintiffs have contacted two vendors in an effort to comply with the Court's Order, but neither vendor has been able to assist with the collection because Plaintiffs do not recall the login information for the majority of the social-media accounts at issue. Counsel also conferred regarding this issue on November 11, November 13, and November 16, 2026. Despite these efforts, the access issue remains unresolved, and the parties require additional time to assess available collection options and their effect on the remaining discovery schedule.

The requested extension is limited to the deadline for submitting the stipulation and proposed order revising the case deadlines. It will allow the parties to address the collection impediment and propose a timetable informed by the available options rather than speculate about the time needed to complete collection and related discovery. The request is made before the November 16, 2026 deadline expires, is supported by the parties' efforts described above, and is not sought for purposes of delay.

## III. <u>REQUESTED RELIEF AND PROPOSED TIMELINE</u>

Subject to the Court's approval, the parties stipulate as follows:

1. The deadline in ECF No. 97 to file a stipulation and proposed order revising case deadlines is extended from November 16 to November 30.

2. By November 30, 2026, Plaintiff shall provide defense counsel with a written update identifying the vendor-selection status, the access steps actually undertaken and their results, any vendor assessment received, and any available estimate for collection ***and*** provide the Court with a Stipulation and Order to Extend Discovery Deadlines.

…

…

…

…

**CHRISTIAN MORRIS TRIAL ATTORNEYS**
2250 Corporate Circle, Suite 390
Henderson, Nevada 89074
702-434-8282 / 702-434-1488 (fax)

3. All other provisions of the Court's orders remain in effect. No underlying deadline is extended, no discovery is reopened, and no prior noncompliance is excused except to the extent expressly ordered by the Court. Existing preservation obligations remain unchanged.

**IT IS SO STIPULATED.**

DATED this 16th day of November 2026.

CHRISTIAN MORRIS TRIAL ATTORNEYS

*/s/ Sarah E. DiSalvo*
CHRISTIAN M. MORRIS, ESQ.
Nevada Bar No. 11218
SARAH E. DISALVO, ESQ.
Nevada Bar No. 16398
2250 Corporate Circle, Suite 390
Henderson, Nevada 89014
*-and-*
PENNY L. BARRICK, ESQ.
Ohio Bar. No. 74110 (*Pro Hac Vice*)
BABIN LAWS, LLC
10 W. Broad St., Suite 900
Columbus, Ohio 43215
*Attorneys for Plaintiffs*

DATED this 16th day of November 2026.

TUCKER ELLIS, LLP

*/s/ Amanda Villalobos*
AMANDA VILLALOBOS, ESQ.
California Bar No. 262176 *(Pro Hac Vice)*
NICHOLAS JANIZEH, ESQ.
California Bar No. 307816 (*Pro Hac Vice)*
515 S. Flower St., 42nd Floor
Los Angeles, California 90071
*-and-*
REBECCA MASTRANGELO, ESQ.
Nevada Bar No. 5417
ROGERS MASTRANGELO CARVALHO'& MITCHELL
700 S. Third St.
Las Vegas, Nevada 89101
*Attorneys for Defendants Red Roof Franchising, Inc. dba Red Roof Inn*

DATED this 16th day of November 2026.

O'HAGAN MEYER, PLCC

*/s/ Whit Selert*

WHIT SELERT, ESQ.
Nevada Bar No. 5492
300 S. 4th St., Suite 1250
Las Vegas, Nevada 89101
*Attorneys for Defendants Paradise II, LLC*

CHRISTIAN MORRIS TRIAL ATTORNEYS
2250 Corporate Circle, Suite 390
Henderson, Nevada 89074
702-434-8282 / 702-434-1488 (fax)

**ORDER**

Based upon the Stipulation of Counsel, and good cause appearing:

**IT IS HEREBY ORDERED,** that the above stipulation is hereby approved and adopted.

**IT IS SO ORDERED.**

______________________________
UNITED STATES MAGISTRATE JUDGE

DATED: November 17, 2026

*Respectfully Submitted by:*
CHRISTIAN MORRIS TRIAL ATTORNEYS

*/s/ Sarah E. DiSalvo*
CHRISTIAN M. MORRIS, ESQ.
Nevada Bar No. 11218
SARAH E. DISALVO, ESQ.
Nevada Bar No. 16398
2250 Corporate Circle, Suite 390
Henderson, Nevada 89014
*Attorneys for Plaintiffs*

Outlook

## RE: M.B., J.D., D.S. v. Red Roof, et al - Request Brief Continuance of OA

**From** Kathryn McCallion <kmccallion@ohaganmeyer.com>
**Date** Mon 2026-11-16 4:59 PM
**To** Villalobos, Amanda <Amanda.Villalobos@tuckerellis.com>; Sarah DiSalvo <Sarah@cmtalaw.com>; Lindsay Roginski <Lindsay@cmtalaw.com>; Nicole DuBois <NicoleD@cmtalaw.com>; Mikula, Chelsea <Chelsea.Mikula@tuckerellis.com>; Janizeh, Nicholas V. <Nicholas.Janizeh@tuckerellis.com>
**Cc** Inku Nam <inam@ohaganmeyer.com>; Krystle Platero <kplatero@ohaganmeyer.com>; Hannah Swann <Hannah@cmtalaw.com>; Courtney Fulmer <cfulmer@ohaganmeyer.com>; Whitney Selert <wselert@ohaganmeyer.com>; John Morgenstern <jmorgenstern@ohaganmeyer.com>; Patricia Loftus <ploftus@ohaganmeyer.com>

Works for us as well. Thank you!

Kathryn McCallion
Associate Attorney
1717 Arch Street | Suite 3910 | Philadelphia | PA | 19103
PH 215.461.3300 | DIR 215.461.3352| FAX 215.461.3311

O'HAGAN MEYER
ATTORNEYS ▲ ADVISORS

Alexandria, VA ▲ Boston, MA ▲ Charlotte, NC ▲ Chicago, IL
Columbia, MD ▲ Denver, CO ▲ Detroit, MI ▲ Hermosa Beach, CA
Las Vegas, NV ▲ Los Angeles, CA ▲ New York City, NY
Norfolk, VA ▲ Orange County, CA ▲ Philadelphia, PA
Pittsburgh, PA ▲ Portland, OR ▲ Princeton, NJ ▲ Richmond, VA
San Francisco, CA ▲ Washington, D.C. ▲ Wilmington, DE

OHaganMeyer.com

**INFORMATION IN THIS TRANSMITTAL IS CONFIDENTIAL AND INTENDED ONLY FOR THE RECIPIENT LISTED ABOVE. IF YOU ARE NEITHER THE INTENDED RECIPIENT NOR A PERSON RESPONSIBLE FOR DELIVERING THIS TRANSMITTAL TO THE INTENDED RECIPIENT, YOU ARE HEREBY NOTIFIED THAT ANY DISTRIBUTION OR COPYING OF THIS TRANSMITTAL IS PROHIBITED. IF YOU RECEIVED THIS TRANSMITTAL IN ERROR, PLEASE IMMEDIATELY NOTIFY US BY TELEPHONE OR EMAIL AND IMMEDIATELY DELETE THE MESSAGE.**

---

**From:** Villalobos, Amanda <Amanda.Villalobos@tuckerellis.com>
**Sent:** Monday, November 16, 2026 7:56 PM
**To:** Sarah DiSalvo <Sarah@cmtalaw.com>; Kathryn McCallion <kmccallion@ohaganmeyer.com>; Lindsay Roginski <Lindsay@cmtalaw.com>; Nicole DuBois <NicoleD@cmtalaw.com>; Mikula, Chelsea <Chelsea.Mikula@tuckerellis.com>; Janizeh, Nicholas V. <Nicholas.Janizeh@tuckerellis.com>
**Cc:** Inku Nam <inam@ohaganmeyer.com>; Krystle Platero <kplatero@ohaganmeyer.com>; Hannah Swann <Hannah@cmtalaw.com>; Courtney Fulmer <cfulmer@ohaganmeyer.com>; Whitney Selert <wselert@ohaganmeyer.com>; John Morgenstern <jmorgenstern@ohaganmeyer.com>; Patricia Loftus <ploftus@ohaganmeyer.com>
**Subject:** [EXTERNAL] RE: M.B., J.D., D.S. v. Red Roof, et al - Request Brief Continuance of OA

This is fine with me. Thanks, Sarah.

**Amanda Villalobos | Attorney | Tucker Ellis LLP**
515 South Flower Street Forty Second Floor| Los Angeles, CA 90071
Direct: 213-430-3395 | Cell: 626-482-9657
Email: amanda.villalobos@tuckerellis.com
Web: www.tuckerellis.com

This e-mail is sent by the law firm of Tucker Ellis LLP and may contain information that is privileged or confidential. If you are not the intended recipient, please delete the e-mail and notify us immediately by return email.

---

**From:** Sarah DiSalvo <Sarah@cmtalaw.com>
**Sent:** Monday, November 16, 2026 4:47 PM
**To:** Kathryn McCallion <kmccallion@ohaganmeyer.com>; Villalobos, Amanda <Amanda.Villalobos@tuckerellis.com>; Lindsay Roginski <Lindsay@cmtalaw.com>; Nicole DuBois <NicoleD@cmtalaw.com>; Mikula, Chelsea <Chelsea.Mikula@tuckerellis.com>; Janizeh, Nicholas V. <Nicholas.Janizeh@tuckerellis.com>
**Cc:** Inku Nam <inam@ohaganmeyer.com>; Krystle Platero <kplatero@ohaganmeyer.com>; Hannah Swann <Hannah@cmtalaw.com>; Courtney Fulmer <cfulmer@ohaganmeyer.com>; Whitney Selert <wselert@ohaganmeyer.com>; John Morgenstern <jmorgenstern@ohaganmeyer.com>; Patricia Loftus <ploftus@ohaganmeyer.com>
**Subject:** Re: M.B., J.D., D.S. v. Red Roof, et al - Request Brief Continuance of OA
**Importance:** High

**<<< EXTERNAL EMAIL >>>**

---

Hi All,

Please see the attached and let us know if we may affix your e-signature. As a reminder, this is due today. Thank you!

Sincerely,

**Sarah E. DiSalvo, Esq.**
**Attorney**

CHRISTIAN MORRIS
TRIAL ATTORNEYS

2250 Corporate Circle Suite 390
Henderson NV 89074
Office (702) 434-8282
Fax (702) 434-1488
Sarah@cmtalaw.com
cmtrialattorneys.com

CONFIDENTIALITY NOTICE: This email and any attachments are for the exclusive and confidential use of the intended recipient. If you are not the intended recipient, please do not read, distribute or take action in reliance upon this message. If you have received this in error, please notify us immediately by return email and